FRED McNAIR, Plaintiff, v. NEW YORK STATE RAILWAYS, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CARMELLA LA MARK, an Infant, by SANTO LA MARK, Her Guardian ad Litem, Plaintiff, v. OSCAR SANDQUIST, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM GERBER, Appellant, v. WILLIAM S. VOSBURG, Respondent.— Motion to vacate order of dismissal entered March 4, 1930, denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of Proving the Last Will and Testament of MINNIE J. CANTINE, Deceased.— Appeal dismissed, unless appellant shall file and serve printed records and printed briefs by April fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FRANK F. TRIPI, Respondent, v. ANDREW COCCA and Another, Appellants.— Appellants relieved of stipulation and extension of time for argument of appeal under order entered March 4, 1930, granted, upon condition that appellants shall pay to respondent's attorney ten dollars and argue the appeal during the present term. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of Proving the Last Will and Testament of ALBERT SIELINSKI, Deceased.— Motion to dismiss appeal denied, upon condition that appellant shall file and serve printed records and printed briefs by April twentieth, and that entry of judgment in the mortgage foreclosure action now pending shall be stayed until the hearing and determination of the appeal; and if, under this order, the said appeal is dismissed, the moving party on this motion shall file a stipulation consenting to the dismissal of his own appeal, without costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD TUCHOLKA, Appellant.— Order of dismissal dated January 8, 1930, vacated upon condition that appellant shall file and serve printed records and printed briefs by April fifteenth and shall argue the appeal by May second. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ROSE EBERLE, Respondent, v. ELMER EBERLE and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed records and printed briefs by April twentieth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of THOMAS E. BOYD, an Attorney and Counselor at Law.— Issues raised by petition and answer referred to Hon. Charles B. Wheeler, official referee, to take the proofs and return the same with his opinion thereon. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of CORNELIUS R. O'HARGAN, an Attorney and Counselor at Law.— Order of disbarment entered upon consent of said attorney. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR MESSERE, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.